## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 349 EAL 2015
:
            Respondent         :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v.               :
:
:
:
NORMAN HIRSCHFELD,        :
:
            Petitioner        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.